UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

COMCAST OF MASSACHUSETTS,I, Inc.
    Plaintiff,

V                                  CA 05-11487-JLT

RICHARD LACROIX
    Defendant.

ORDER
JULY 25 2005

TAURO,J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

                                                    United States District Judge