**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **Comcast of Massachusetts I, Inc.** ) | Case No.: 1:05-cv-11487-REK |
| ) | |
| Plaintiff, ) | |
| ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| vs. ) | **WITH PREJUDICE** |
| ) | |
| **Richard Lacroix** ) | |
| ) | |
| Defendant ) | |

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff discontinues the above-entitled action and dismisses the complaint with prejudice and without cost to either party.

                                      Respectfully Submitted for the Plaintiff,
                                      Comcast of Massachusetts I, Inc.
                                      By Its Attorney,

9/28/2005                              /s/ John M. McLaughlin
Date                                  John M. McLaughlin
                                      **Green, Miles, Lipton & Fitz-Gibbon LLP**
                                      77 Pleasant Street
                                      P.O. Box 210
                                      Northampton, MA 01061
                                      Telephone: (413) 586-0865
                                      BBO No. 556328

## **CERTIFICATE OF SERVICE**

      I, John M. McLaughlin, attorney for the Plaintiff, hereby certify that on this 28th day of September, 2005, a copy of the foregoing was mailed first class to:

Andrew A. Caffrey, Jr.
Caffrey & Caffrey
1 Elm Square
Andover, MA 01810

                                                /s/ John M. McLaughlin
                                                John M. McLaughlin, Esq.